```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 07028
    STANLEY V LUCAS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6222


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/24/08 and confirmed on 06/24/08.

    2.  The case was dismissed after confirmation, 10/10/2008.

    3.  The Debtor paid a total of $   1900.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
HOMEEQ SERVICING CORP      CURRENT MORTG           .00             .00             .00
HOMEEQ SERVICING CORP      MORTGAGE ARRE      27341.41             .00             .00
REAL TIME RESOLUTIONS      SECURED                 .00             .00             .00
REAL TIME RESOLUTIONS      MORTGAGE ARRE       4607.24             .00             .00
CENTRAL FURNITURE          SECURED              500.00             .00           30.00
LAKEWOOD FALLS COMMUNITY   SECURED             1453.00             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED             .00             .00
FIA CARD SERVICES          UNSECURED         NOT FILED             .00             .00
CHARTER ONE BANK           UNSECURED         NOT FILED             .00             .00
THE CHICAGO DEPT OF REVE   UNSECURED         NOT FILED             .00             .00
CCA                        UNSECURED         NOT FILED             .00             .00
DFS ACCEPTANCE             UNSECURED         NOT FILED             .00             .00
FORD MOTOR CREDIT CO       UNSECURED         NOT FILED             .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED             .00             .00
ILL STATE TOLL HIWAY AUT   UNSECURED         NOT FILED             .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED             .00             .00
NEXTEL COMMUNICATIONS      UNSECURED         NOT FILED             .00             .00
PLAINS COMMERCE BK         UNSECURED         NOT FILED             .00             .00
SPRINT NEXTEL              UNSECURED         NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        294.00             .00          294.00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CENTRAL FURNITURE          UNSECURED           1303.50             .00             .00
           Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  33901.65      294.00       1303.50          .00       35499.15
PRINCIPAL PAID         30.00      294.00           .00          .00         324.00
```

```
INTEREST PAID                       .00           .00           .00           .00           .00
TOTAL PAID                        30.00        294.00           .00           .00        324.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00 and was paid $   1465.81 .

The Trustee received $     110.19 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/09                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE